MARTHA G. BRONITSKY
Chapter 13 Standing Trustee
24301 Southland Dr., Suite 200
Hayward, CA 94545-1541
(510) 266-5580
e-mail: 13trustee@oak13.com

**Entered on Docket**
**April 19, 2006**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: April 19, 2006**

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                          Case No. 05-48595-RN13
                                                    (Chapter 13)
    MUHAMMAD A ALEEM

                    debtor(s)          Attorney of Record:
_____       JAVED I ELLAHIE ATTY

### CONFIRMATION ORDER AFTER COURT HEARING

1. A hearing was held on February 16, 2006 to consider the Debtor(s) Plan (or Amended Plan) which was filed on April 5, 2006        .
   The appearances were made as stated on the record.
2. Upon consideration of the papers filed in this case, any testimony given at the Confirmation Hearing(s), any any argument of counsel,
3. The Court Makes the following findings:
   a. The Plan complies with the provisions of Chapter 13 Title 11, United States Code;
   b. The Debtor has paid the filing fee in full in this case;
   c. The Plan has been proposed in good faith and not by any means forbidden by law;
   d. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of this Title on such date;
   e. With respect to each allowed secured claim provided for by the Plan;
      (i)    The Holder of such claim has accepted the Plan; or
      (ii)(A) The Plan provides that the holder of such claim retain the lien securing such claim; and
          (B) The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or
      (iii)  The Debtor surrenders the property securing such claim to such holder; and
   f. The Debtor will be able to make all payments under the Plan and to comply with the Plan.

4. **GOOD CAUSE APPEARING**
   a. **IT IS ORDERED** that the Debtor(s) Plan (or Amended Plan) filed on April 5, 2006     is confirmed.
   b. **IT IS FURTHER ORDERED** that the future income of the Debtor(s) is submitted to the supervision and control of the Trustee, as is necessary for the execution of the Plan (or Amended Plan).

        ADDITIONAL PROVISIONS:

COURT SERVICE LIST

MUHAMMAD A ALEEM
41366 APRICOT LANE
FREMONT CA  94539

JAVED I ELLAHIE ATTY
12 S 1ST ST #600
SAN JOSE CA  95113

---