Entered on Docket
October 29, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 29, 2009

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Muhammad A Aleem

Debtor(s)

Chapter 13 Case Number:
05-48595-RN 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the

above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved,

she is discharged as Trustee after having fully performed her duties, and her bond is

cancelled.

END OF ORDER

COURT SERVICE LIST

| | |
|---|---|
| Muhammad A Aleem<br>41366 Apricot Lane<br>Fremont, CA 94539 | Javed I Ellahie Atty<br>12 S 1St St #600<br>San Jose, CA 95113 |
| (Debtor(s)) | (Counsel for Debtor) |