Entered on Docket
October 29, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 29, 2009

1  Martha G. Bronitsky
   Chapter 13 Standing Trustee
2  24301 Southland Dr #200
   Hayward,CA 94545-1541
3  (510) 266- 5580

4  Trustee for Debtor(s)

_____
   **RANDALL J. NEWSOME**
   **U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Muhammad A Aleem | 05-48595-RN 13 |
| Debtor(s) | In Proceedings Under Chapter 13 of the Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |

Muhammad A Aleem  
41366 Apricot Lane  
Fremont, CA 94539

(Debtor(s))

Javed I Ellahie Atty  
12 S 1St St #600  
San Jose, CA 95113

(Counsel for Debtor)

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: lblue             Page 1 of 1              Date Rcvd: Oct 29, 2009
Case: 05-48595                Form ID: pdfeo          Total Noticed: 1

The following entities were noticed by first class mail on Oct 31, 2009.
db          +Muhammad A. Aleem,    41366 Apricot Lane,    Fremont, CA 94539-4502

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2009**                    Signature:        *Joseph Speetjens*